Ephian Gant et al., Appellants, v. William McDowell, Executor of Last Will and Testament of Nina Johnson, Deceased, et al., Appellees,

Gen. No. 41,347.

Heard in second division, first district, this court at October term, 1940; opinion filed December 30, 1941. Jay Clifford McCally, for appellants; William E. King and Theophilus M. Mann, for certain appellees. Opinion by PRESIDING JUSTICE SCANLAN. "Not to be published in full."